AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 664 – Theft from an Employee Benefit Plan

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Imprisonment: 5 years
Fine: $250,000
Supervised Release: 3 years
$100 special assessment

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
OAKLAND DIVISION

FILED
FEB - 3 2017

**DEFENDANT - U.S**

▶ LISA ROSSI

DISTRICT COURT NUMBER
**CR17-00066 JST**

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Dept of Labor

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: BRIAN J. STRETCH
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): MAUREEN BESSETTE

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

Bail Amount:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:  Before Judge:

Comments:

1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney



FILED

FEB - 3 2017

SUSAN Y. SOONG
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR17-00066 JST |
| Plaintiff, ) | VIOLATION: 18 U.S.C. § 664 – Theft From an Employee Benefit Plan |
| v. ) | |
| LISA ROSSI, ) | OAKLAND VENUE |
| Defendant. ) | |

### INFORMATION

The United States Attorney charges:

<u>Introductory Allegations</u>

At all times relevant to this Information:

1. LISA ROSSI ("ROSSI") worked at E-D Coat, Inc. ("E-D Coat"), a metal refinishing facility located at 715 4th Street, Oakland, California. In 1976, E-D Coat established an employee pension benefit plan, "The E-D Coat, Inc. Profit Sharing Plan" ("the Plan"), to provide retirement benefits to certain eligible employees. The Plan was subject to Title I of the Employee Retirement Income Security Act of 1974 ("ERISA") and was funded by E-D Coat's discretionary profit sharing contributions. E-D Coat was entitled to a tax deduction for the money it placed in the Plan.

2. From at least 2008, LISA ROSSI had fiduciary responsibilities over the Plan and was a

signatory over its bank accounts at Bank of America ("BOA") (accounts ending -7862 and -1729).

COUNT ONE: (18 U.S.C. § 664 – Theft From an Employee Benefit Plan)

3. Paragraphs 1 and 2 are realleged and incorporated by reference.

4. Between May 2011 and February 7, 2014, in the Northern District of California, the defendant,

LISA ROSSI,

did unlawfully and willfully embezzle, steal, and convert to her own use and the use of another monies, funds, securities, premiums, credits, property, and other assets of the Plan, an employee pension benefit plan subject to ERISA, in that the defendant unlawfully and willfully caused transfers of approximately $66,049.00 from the Plan's Bank of America account ending 7862 for the benefit of others knowing that these funds were owed to specific Plan participants, all in violation of Title 18, United States Code, Section 664.

DATED: February 3, 2017

BRIAN J. STRETCH
United States Attorney

_____
BARBARA J. VALLIERE
Chief, Criminal Division

(Approved as to form: _____ )
AUSA BESSETTE