STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone:     (510) 637-3500
Facsimile:     (510) 637-3507

Counsel for Defendant LISA ROSSI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 17 00066 JST |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING** |
| v. | ) | |
| LISA ROSSI, | ) | |
| Defendant. | ) | |

This matter is set for sentencing on 17 November 2017.  As part of the plea agreement negotiated in this case, Lisa Rossi shall pay $234,270.59 in restitution.  Ms Rossi expects the funds to pay the restitution amount will be generated by the sale of real property to an investor, but that transaction has been somewhat delayed by the need to clear or subordinate existing liens on the property.  Ms. Rossi anticipates that it will take several weeks to finalize the process.

For this reason, IT IS STIPULATED AND AGREED that sentencing in this matter be continued to January 12, 2018.  The probation officer has indicated her agreement with this stipulation and confirmed that she will be available on that date.

SO STIPULATED.

November 8, 2017                                      __/s/ Garth Hire_____
                                                     GARTH HIRE
                                                     Assistant United States Attorney

November 8, 2017                                      _/s/ Jerome E. Matthews_____
                                                     JEROME E. MATTHEWS
                                                     Assistant Federal Public Defender

Good cause appearing therefor, IT IS ORDERED that the sentencing hearing in this case be continued to 12 January 2018.

November 9, 2017                                      _____
                                                     JON S. TIGAR
                                                     United States District Judge