1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  GARTH HIRE (CABN 187330)
   Assistant United States Attorney
5          1301 Clay Street, Suite 340-S
           Oakland, California 94612
6          Telephone: (510) 637-3723
           Facsimile:  (510) 637-3724
7          E-Mail:     Garth.Hire@usdoj.gov

8  Attorneys for United States of America

9

10                          UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                 OAKLAND DIVISION

13  UNITED STATES OF AMERICA,              )  NO. CR 17-00066 JST
                                           )
14          Plaintiff,                     )  UNITED STATES' SENTENCING
                                           )  MEMORANDUM
15      v.                                 )
                                           )
16  LISA ROSSI,                            )
                                           )
17          Defendant.                     )
                                           )

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES' SENTENCING MEMORANDUM
CR 17-00066 JST                                      1

## I.      INTRODUCTION

The government recommends and respectfully requests that this Court sentence defendant to a one-year term of probation, including a condition of ten months home confinement; restitution of $234,270.59 to be paid on the date of sentencing as set forth in Attachment A to defendant's plea agreement; and a mandatory special assessment of $100.

## II.     FACTUAL AND PROCEDURAL BACKGROUND

E-D Coat, Inc. ("E-D Coat") was a metal refinishing facility located at 715 4th Street, Oakland, California.  In 1976, E-D Coat established an employee pension benefit plan called "The E-D Coat, Inc. Profit Sharing Plan" ("the Plan"), to provide retirement benefits to certain eligible employees.  From at least 2008, defendant was a fiduciary of the Plan, had access to the Plan's bank accounts, and communicated with and paid out the Plan's participants.  Defendant knew that the Plan was subject to Title I of the Employee Retirement Income Security Act of 1974 ("ERISA").  The Plan had bank accounts at Bank of America, account ending 1729 and account ending 7862.  Defendant was a signatory on both of these Plan bank accounts.  From May 2011 through February 7, 2014, defendant embezzled $66,049.00 from the Plan's Bank of America account ending 7862 for the benefit of others knowing that these funds were owed to specific Plan participants.  (PSR ¶¶ 6-7).

On July 21, 2017, defendant pleaded guilty pursuant to a plea agreement to a one-count felony information charging her with Theft From an Employee Benefit Plan in violation of 18 U.S.C. § 664. (PSR ¶¶ 1-2).

## III.    SENTENCING GUIDELINES CALCULATIONS

The parties agreed to the following guidelines calculations in the plea agreement:

| | | |
|---|---|---:|
| a. | Base Offense Level, U.S.S.G. § 2B1.1(a): | 6 |
| b. | Specific offense characteristics under U.S.S.G. Ch. 2: | |
| | U.S.S.G. § 2B1.1(b)(1)(D) (Loss greater than $40,000) | +6 |
| | U.S.S.G. § 3B1.3, Abuse of Position of Trust | +2 |
| c. | Acceptance of Responsibility: | -2 |
| d. | Adjusted Offense Level: | 12 |

UNITED STATES' SENTENCING MEMORANDUM
CR 17-00066 JST                                    2

1  The United States Probation Office (USPO) agrees with the calculations in the plea agreement.  (PSR ¶¶

2  3, 13-21).  Defendant falls within criminal history category I.  (PSR ¶ 26).  Thus, the defendant's

3  guidelines range is 10-16 months.  (PSR ¶ 59).

4       The government, along with the USPO, recommends a below-guidelines sentence of a one-year

5  term of probation, including a condition of ten months home confinement; restitution of $234,270.59 to

6  be paid on the date of sentencing as set forth in Attachment A to defendant's plea agreement; and a

7  mandatory special assessment of $100.

8  **IV.**    **CONCLUSION**

9       For the foregoing reasons, the government respectfully requests that the Court impose sentence

10  as set forth above.

11  DATED:  February 16, 2018                   Respectfully Submitted,

12                                        ALEX G. TSE

13                                        Acting United States Attorney

14                                    _____/S/_____

15                                        GARTH HIRE

                                      Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28