03/27/2018 08:22 PM PDT                                                                                                    Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

**Oakland**

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---------|-----------|------|-----------|-----------|---------------------|---------------------|-----------|-------------|----------------|--------------|
| | **Case No. DCAN417CR000066** | | **USA V. ROSSI** | | | | | | | |
| 001 | LISA ROSSI | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 44611015163 | 1 | PR | 100.00 | 03/23/2018 |
| | | | | | | | | **Division Payment Total** | **100.00** | |
| | | | | | | | | **Grand Total** | **100.00** | |

## SPECIAL ASSESSMENT PAID IN FULL

Defendant: Lisa Rossi
Amount $ 100.00          Date: 03/23/2018