STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507

Counsel for Defendant LISA ROSSI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17 00066 JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING PROBATION CONDITIONS** |
| v. | |
| LISA ROSSI, | |
| Defendant. | |

On 23 February 2018, the Court sentenced Lisa Rossi presently to one year of probation. The terms of her probation include the special conditions that she participate in the Location Monitoring Program as directed by the probation officer, and be subject to a curfew that restricts her to her residence form 10:00 p.m. to 7:00 a.m.

Ms Rossi wishes to attend the wedding of her niece in Pennsylvania. She has booked a flight and hotel reservations, and plans to leave on 31 August 2018 and return on 2 September 2018. The probation officer has approved her trip.

For these reasons, IT IS STIPULATED AND AGREED that the special conditions of Mr Rossi's probation be modified to permit her to travel from 31 August 2018 to 2 September 2018.

SO STIPULATED.

August 27, 2018

/s/
_____
GARTH HIRE
Assistant United States Attorney

August 27, 2018

/s/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

August 27, 2018

/s/
_____
RICHARD BROWN
U.S. Probation Officer

Good cause appearing therefor, IT IS ORDERED that the special conditions of Mr Rossi's probation be modified to permit her to travel from 31 August 2018 to 2 September 2018. Ms Rossi shall remain subject to all other conditions of her probation, and such other conditions of her travel that the Probation Officer deems appropriate.

August 27, 2018

_____
JON S. TIGAR
United States District Judge