UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>LISA ROSSI,<br><br>        Defendant. | Case No. 17-cr-00066-JST-1<br><br>**NOTICE RE CONSIDERATION OF RELEVANT CONDUCT AT SENTENCING** |

The Court gives notice that it intends to consider at sentencing the conduct described in the Report and Recommendation in *Dep't of Toxic Substances Control v. Rossi*, No. 20-CV-01049-VC (RMI), 2022 WL 3648890, at *1 (N.D. Cal. Aug. 2, 2022), *report and recommendation adopted,* No. 20-CV-01049-VC, 2022 WL 3650629 (N.D. Cal. Aug. 24, 2022).  Any opposition to or comment regarding the Court's consideration of this evidence is due May 10, 2024.

**IT IS SO ORDERED.**

Dated: April 29, 2024



                                JON S. TIGAR
                            United States District Judge